UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 MAR 19 P 1:16

| | |
|---|---|
| ELVECIO PEREIRA VIANA | * |
|    Plaintiff, | * |
|    vs. | * |
| DONALD J. TRUMP, President of the United States, | * |
| U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), | * |
| KIRSTJEN NIELSEN Secretary of Homeland Security, | * |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), | * |
| THOMAS D. HOMAN, Acting Director, ICE, | * |
| TIMOTHY STEVENS, ICE Field Office Supervisor Manchester, New Hampshire | * |
|    Defendants. | * |

No. 1:18-CV-222-LM

## AFFIDAVIT OF ELVECIO VIANA

I, Elvecio Viana, am the Plaintiff in the above matter. I have read the factual allegations contained in the ~~Petition for Writ of Habeas Corpus and~~ Complaint for ~~Declaratory And~~ Injunctive Relief. I certify that the facts as set forth in that document are true and corrrect to the best of my knowledge and belief.

E.P.V        EPV

_____
Elvecio Viana

Sworn to and subscribed before me this 19th day of March, 2018.

_____
Notary Public

[Notary Seal: GEORGE BRUNO, MY COMMISSION EXPIRES NOV. 16, 2021, NOTARY PUBLIC, NEW HAMPSHIRE]