```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Elvecio Pereira Viana

    v.

                                        Case No. 18-cv-222-LM

United States of America et al

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by U.S. District Judge Landya B. McCafferty dated April 2, 2018.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: April 3, 2018

cc:   Counsel of Record